IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| RHONDA C. HATCHETT, ) | |
| ) | Case No. 4:08CV00023 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendant. ) | |

     Before me is the Report and Recommendation of United States Magistrate Judge B. Waugh Crigler entered on February 6, 2009. The Magistrate Judge recommends granting the Defendant's Motion for Summary Judgment, affirming the final decision of the Commissioner, and dismissing this action from the docket of this Court. For the reasons set forth in the accompanying Memorandum Opinion, I will **ADOPT** the Magistrate Judge's Report and Recommendation and **DENY** the Plaintiff's Objections. It is hereby **ADJUDGED** and **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**, the Commissioner's final decision is **AFFIRMED**, and this case shall be **DISMISSED** from the active docket of this Court.

     The clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to all counsel of record and to Magistrate Judge Crigler.

     Entered this 17th day of April, 2009.

                                                  s/Jackson L. Kiser
                                                  Senior United States District Judge